IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**NORTHERN DIVISION**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.** ) | |
| ) | |
| ) | Civil Action No. H 02 1429 |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ELIZABETH J. SAWYER., *et al.* ) | |
| ) | |
| Defendants ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

The parties hereto, by their respective undersigned counsel, hereby dismiss all claims in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

_____  _____
Cassandra R. Beverley                Gerald J. O'Brien
Federal Bar #08975                   Federal Bar #01161
5 East 27th Street                   9055 Comprint Court, Suite 340
Baltimore, Maryland 21218            Gaithersburg, Maryland 20877
(410) 243-7295 Baltimore             301-208-9114 (TELEPHONE)
(410) 879-0250 Bel Air               301-208-0362 (FACSIMILE)
Attorney for Defendants              Attorney for Plaintiff

c:\gerald\c\Corwin-Pleadings\Chat-N-Chew StipofDis.

6th December 2002
Alexander Harvey II